IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHANE MARCUS VANDERMOLEN, SR.,
ADC #134394                                                                                              PLAINTIFF

4:10CV00079JTK

MARILYN SMITH, et al.                                                                              DEFENDANTS

## ORDER

On March 10, 2010, this Court issued a Recommended Disposition in which the plaintiff's motion for temporary restraining order was denied (DE #11). Plaintiff did not file objections to the Recommended Disposition. On April 5, 2010, the parties consented to proceed before the United States Magistrate Judge (DE #22).

There being no objections to the March 10, 2010 Recommended Disposition, the Court finds that plaintiff's motion for temporary restraining order, which this Court construed as a motion for preliminary injunctive relief, should be denied, for the reasons set forth in the March 10, 2010 Findings & Recommendations. Accordingly,

IT IS, THEREFORE, ORDERED that the plaintiff's motion for temporary restraining order, which this Court construes as a motion for preliminary injunctive relief (DE #6) is hereby DENIED.

IT IS SO ORDERED this 23rd day of April, 2010.

_____
United States Magistrate Judge

1